IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | NO. 1:06-CR-119-02 |
| v. | : | |
| | : | JUDGE CONNER |
| BRANDON WRIGHT, | : | |
| a/k/a "BONES," | : | |
| Defendant. | : | |

FILED
HARRISBURG
OCT 0 6 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

AND NOW, this 6th day of October, 2006, upon consideration of Defendant's Motion to Withdraw Motion to Suppress Evidence and Motion for Production of Co-Conspirators' Statements, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and that the foregoing motions are withdrawn.

BY THE COURT:

Christopher C. Conner
United States District Court Judge