# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-119 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **BRANDON WRIGHT**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of October, 2019, upon consideration of the motion (Doc. 400) by defendant Brandon Wright ("Wright") for a sentence reduction under Section 404 of the First Step Act of 2018, § 404, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The United States Probation Office shall file an addendum to the presentence report setting forth the revised statutory minimum and maximum terms of imprisonment and supervised release, if any, together with a revised advisory Guidelines range, if any, on or before **Tuesday, November 12, 2019**.

2. The parties shall file memoranda addressing the salient 18 U.S.C. § 3553(a) factors as well as any post-sentencing rehabilitative efforts on or before **Tuesday, December 10, 2019**. The parties may file documentation supporting their respective positions together with their sentencing memoranda.

3. A ruling on Wright's motion (Doc. 400) is DEFERRED pending review of the presentence report addendum and the parties' submissions.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania