# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-119** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **BRANDON WRIGHT**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 6th day of February, 2020, upon consideration of defendant Brandon Wright's motion (Doc. 400) for a sentence reduction under Section 404 of the First Step Act of 2018, § 404, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Wright's motion (Doc. 400) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania